IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE HELMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:04-cv-00480-CWO |
| GENERAL DYNAMICS CORP., *et al*, | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for leave to file amended motion for summary judgment, or alternatively, to provide additional discovery (doc. # 40), motion to amend/correct motion for summary judgment (doc. # 45) and motion to amend/correct motion for summary judgment (doc. # 47).

In his motion for leave to file amended motion for summary judgment, or alternatively, to provide additional discovery (doc. # 40), the plaintiff seeks to submit the deposition of Lorna Blackmer as additional evidence in support of his motion for summary judgment. Consequently, the motion to provide additional evidence is due to be granted; the motion to file an amended motion for summary judgment is due to be denied.

In his motions to amend/correct motion for summary judgment (docs. # 45 & 47), the plaintiff seeks to add damages calculations. However, the court declines to address the issue of damages until after resolution of the motions for summary judgment.

Accordingly, upon consideration of the motions and for good cause, it is

ORDERED as follows:

1. That the motion for leave to file amended motion for summary judgment, or alternatively, to provide additional discovery (doc. # 40), be and is hereby GRANTED to the extent that the plaintiff seeks to submit the deposition of Lorna Blackmer as additional evidence in support of his motion for summary judgment. The motion is DENIED in all other respects.

2. That the motions to amend/correct motion for summary judgment (docs. # 45 & 47) be and are hereby DENIED.

Done this 4th day of August, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE