IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE HELMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:04-cv-480-C |
| ) | (WO) |
| GENERAL DYNAMICS CORP., *et al*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed with prejudice, and that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 1st day of November, 2005.

                                                /s/Charles S. Coody
                                       CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE